**THORNDAL, ARMSTRONG, DELK,
BALKENBUSH & EISINGER**
Michael P. Lowry, Esq.
Nevada Bar No. 10666
P.O. Drawer 2070
Las Vegas, Nevada  89125-2070
Phone: (702) 366-0622
Fax: (702) 366-0327
Email:  mlowry@thorndal.com
Attorneys Kellermeyer Bergensons Services, LLC

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| REGINA SPENCER-ROSS, <br><br> Plaintiff, <br><br> vs. <br><br> HOME DEPOT, U.S.A., INC.; KELLERMEYER BERGENSONS SERVICES, LLC; ROE CLEANING COMPANY; DOES 1-20 and ROE BUSINESS ENTITIES 1-20, inclusive, <br><br> Defendants. | CASE NO: 2:13-cv-00185-JCM-VCF <br><br> **STIPULATION AND ORDER TO DISMISS WITH PREJUDICE** |

The parties to case 2:13-cv-00185-JCM-VCF stipulate that this case be dismissed with prejudice.  Each of the parties will bear their own fees and costs. No trial date was assigned.

| RICHARD HARRIS LAW FIRM | THORNDAL ARMSTRONG DELKBALKENBUSH & EISINGER |
|---|---|
| */s/ Seth R. Little* | */s/ Michael P. Lowry* |
| Seth R. Little, Esq. <br> Nevada Bar No. 10664 <br> 801 South Fourth Street <br> Las Vegas, Nevada 89101 <br> Attorneys for Plaintiff | Michael P. Lowry, Esq. <br> Nevada Bar No. 10666 <br> P.O. Drawer 2070 <br> Las Vegas, NV 89125 <br> Attorneys for Kellermeyer Bergensons Services, LLC |
| ATKIN WINNER & SHERROD | |
| */s/ Nicholas L. Hamilton* | |
| Nicholas L. Hamilton, Esq. <br> Nevada Bar No. 10893 <br> 1117 South Rancho Drive <br> Las Vegas, NV  89102 <br> Attorneys for Home Depot U.S.A., Inc. | |

**ORDER**

UPON STIPULATION of the parties, case 2:13-cv-00185-JCM-VCF is dismissed with prejudice, each of the parties to pay their own fees and costs.

IT IS SO ORDERED.

*/s/ James C. Mahan*
United States District Judge

DATED: March 31, 2014